**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MD ABDUL JALIL, # A 221-170-624** **PETITIONER**

**VERSUS** **CIVIL ACTION NO. 5:26cv426-DCB-RPM**

**WARDEN R. VERGARA; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; FIELD OFFICE DIRECTOR; ICE ENFORCEMENT AND REMOVAL OPERATIONS; NEW ORLEANS FIELD OFFICE; SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ATTORNEY GENERAL OF THE UNITED STATES** **RESPONDENTS**

**ORDER OF TRANSFER**

This cause comes before the Court, *sua sponte*. *Pro se* Petitioner Md Abdul Jalil filed this Petition [1] for Writ of Habeas Corpus, under 28 U.S.C. § 2241, on or about May 1, 2026. [1-7]; [1-8]. He is an alien detainee in the custody of the Department of Homeland Security, who contests his continued detention. At the time he filed this action, he was detained at the IAH Detention Facility in Livingston, Texas. [1-7]; [1-8].

A § 2241 petition must be filed in a court with jurisdiction over Petitioner's custodian, i.e., the district of confinement. 28 U.S.C. §§ 2241(a), 2242; *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004); *United States v. Cleto*, 956 F.2d 83, 84 (5th Cir. 1992). "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). While the Petition indicates that Jalil is detained at the Adams County Correctional Center in Natchez, Mississippi, he admits that he did not mail it

until May 1 from the IAH Detention Facility in Texas. [1] at 1; [1-7]; [1-8]. The return address given by Petitioner is the Texas facility's address. [1-8]. The Texas facility is found in the Eastern District of Texas. Therefore, the proper venue for this case is the Lufkin Division of the Eastern District of Texas.

The Court finds that it is in the interest of justice to transfer this case to the proper district. Accordingly, in the exercise of the Court's discretion and in the furtherance of justice, it is hereby,

**ORDERED** that the Petition and other documents filed in the instant action be transferred to the Lufkin Division of the United States District Court for the Eastern District of Texas.

**SO ORDERED**, this the 17th day of August, 2026.

s/David Bramlette
UNITED STATES DISTRICT JUDGE